IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 18, 2008

Charles R. Fulbruge III
Clerk

No. 06-60180
Summary Calendar

SAMSON TAIWO DADA

Petitioner

V.

MICHAEL B MUKASEY, U S ATTORNEY GENERAL

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A78 129 270

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

This court previously denied Dada's petition for review. Dada v. Gonzales, 207 F. App'x 425 (5th Cir. 2006), cert. granted, Dada v. Keisler, 128 S. Ct. 36 (2007). The Supreme Court of the United States reversed and remanded the case for further consideration. Dada v. Mukasey, 128 S. Ct. 2307 (2008). At this court's request, the parties filed supplemental letter briefs, in which they agree

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that the case should be remanded to the Board of Immigration Appeals. Accordingly, the petition for review is GRANTED, and the case is REMANDED to the Board of Immigration Appeals for further proceedings in the light of the Supreme Court's opinion.

REMANDED.